**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RENNY CLAUS,<br><br>        Plaintiff,<br><br>    v.<br><br>JEFFREY BEARD, Secretary CDCR, et al.,<br><br>        Defendants. | Case No. EDCV 17-0739 PA (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND RECOMMENDATIONS**<br><br>**OF UNITED STATES MAGISTRATE**<br><br>**JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

**IT IS ORDERED** that Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at her current address of record and on counsel for Defendants.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: June 7, 2018

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE