# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| RENNY CLAUS, | Case No. EDCV 17-0739 PA (SS) |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| JEFFREY BEARD, Secretary CDCR, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 7, 2018

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE